IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUBERT LEE FONTENOT,

    Petitioner,               No. CIV S-09-1315 DAD P

   vs.

JAMES WALKER,

    Respondent.        ORDER

/

      Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to the jurisdiction of the undersigned United States Magistrate Judge to conduct all proceedings and enter judgment in this case pursuant to 28 U.S.C.  636(c).  On June 16, 2009, an "order re consent" was served on respondent, and respondent was directed to complete and return the form to the court within thirty days.  Respondent has failed to comply with this order.

      Accordingly, IT IS HEREBY ORDERED that, within thirty days from the filed date of this order, respondent shall either complete and return the consent form to the court or

/////

/////

/////

1

show cause why sanctions should not imposed for respondent's failure to respond to the June 16, 2009 order.

DATED: July 13, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
fontenot1315.consent