IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUBERT LEE FONTENOT,

    Petitioner,                    No. CIV S-09-1315 DAD P

    vs.

JAMES WALKER, et al.,

    Respondents.               ORDER

_____/

        In his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, petitioner cites to a presentence report with respect to his prior convictions and/or juvenile record. (Doc. No. 2 at 6-7.) This presentence report is not included in the documents lodged by respondent with this court, and is marked as "sealed" in the index to the Clerk's Transcript on Appeal which has been lodged with this court. (See Notice of Lodging Documents on April 17, 2009 (Doc. No. 10), Clerk's Transcript on Appeal (CT) at 439, 453.)

        Because the presentence report relied upon by petitioner is necessary to the court's determination of the merits of petitioner's habeas claim, IT IS HEREBY ORDERED that

/////

/////

/////

1

1  petitioner shall take whatever steps are necessary to lodge a copy of the presentence report (CT
2  440-452) with this court within fourteen days of this order.
3  DATED: September 14, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:3
   font1315.sealed

2