IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUBERT LEE FONTENOT,

    Petitioner,               No. CIV S-09-1315 DAD P

  vs.

JAMES WALKER, et al.,

    Respondents.           ORDER

_____/

On September 15, 2010, this court ordered petitioner to take whatever steps were necessary to lodge a copy of a presentence report (CT 440-452) not previously lodged by respondent. On October 26, 2010, petitioner lodged a copy of the presentence report with the clerk of court. Pending is petitioner's October 25, 2010 motion to lodge the presentence report with this court under seal.

IT IS HEREBY ORDERED THAT petitioner's motion to lodge the document in question under seal (Doc. No. 15) is GRANTED.

DATED: October 26, 2010.

DAD:3
font1315.sealed2

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1